IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:22-CR-3145 |
| vs. | ORDER |
| SETH HANSEN, | |
| Defendant. | |

The defendant has filed a motion to reduce his sentence (filing 58), based on what appear to the Court to be policy-based arguments about the sentencing guidelines for methamphetamine offenses. The Court will deny that motion.

The defendant doesn't specify what rule or statute confers the Court with authority to reduce his sentence nearly two years after it was imposed. But the more fundamental problem is the Court has already considered the defendant's arguments. The Court agrees that the methamphetamine guidelines are flawed. *See United States v. Havel*, No. 4:21-CR-3075, 2023 WL 1930686 (D. Neb. Feb. 10, 2023). That's why the defendant's lawyer filed a motion for downward variance based on the Court's prior decision in *Havel*, *see* filing 45, and the Court sustained that motion, *see* filing 51; filing 55.

In other words, the defendant's sentence already accounts for his objection to the methamphetamine guidelines. He's entitled to no further relief.

IT IS ORDERED that the defendant's motion to reduce sentence (filing 58) is denied.

Dated this 14th day of March, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge